UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES—GENERAL

| | | |
|---|---|---|
| **Case No.** | CV 21-2906-MWF (Ex) | **Date:** February 18, 2022 |
| **Title:** | Gary Abrams et al. v. Planet Home Lending, LLC and BCMB1 Trust | |

**Present:** The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

Deputy Clerk:
Rita Sanchez

Court Reporter:
Not Reported

Attorneys Present for Plaintiff:
None Present

Attorneys Present for Defendant:
None Present

**Proceedings (In Chambers):** ORDER DISMISSING ACTION WITHOUT PREJUDICE

On April 5, 2021, Plaintiffs Gary Abrams, Belinda U. Corpuz, and Abrams/Corpuz, FLP commenced this action against Defendant Planet Home Lending, LLC. (Complaint (Docket No. 1)). Pursuant to Federal Rule of Civil Procedure 4, Plaintiff served the Complaint on April 12, 2021. (Docket No. 8). Plaintiff Abrams/Corpuz FLP was dismissed on May 3, 2021. (Docket No. 15).

Defendant moved to dismiss the Complaint on April 27, 2021. (Docket No. 11). The motion was granted on July 23, 2021, giving Plaintiffs until August 9, 2021 to file a Second Amended Complaint. (Docket No. 30). Plaintiffs filed a Second Amended Complaint on August 6, 2021, adding Defendant BCMB1 Trust. (Docket No. 32).

On August 27, 2021, Defendants moved to dismiss the Second Amended Complaint. (Docket No. 34). The motion was granted on January 6, 2022. (Docket No. 44).

Plaintiffs were ordered to file the Third Amended Complaint no later than January 24, 2022. (Docket No. 45). No Third Amended Complaint was filed by January 24, 2022, and no Third Amended Complaint has been filed. (*See generally* Docket).

It is well-established that a district court has authority to dismiss a plaintiff's action due to failure to prosecute and/or to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash Railroad Co.*, 370 U.S. 626, 629–30 (1962) (noting that

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV 21-2906-MWF (Ex)                                      Date:  February 18, 2022
Title:      **Gary Abrams et al. v. Planet Home Lending, LLC and BCMB1 Trust**

district court's authority to dismiss for lack of prosecution is necessary to prevent undue delays in the disposition of pending cases and avoid congestion in district court calendars); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (stating that district court may dismiss action for failure to comply with any order of the court).

Before ordering dismissal, the Court must consider five factors: (1) the public's interest in expeditious resolution of litigation; (2) the Court's need to manage its docket; (3) the risk of prejudice to Defendant; (4) the public policy favoring the disposition of cases on their merits; and (5) the availability of less drastic sanctions. *See In re Eisen*, 31 F.3d 1447, 1451 (9th Cir. 1994) (failure to prosecute); *Ferdik*, 963 F.2d at 1260–61 (failure to comply with court orders).

Taking all of these factors into account, dismissal for lack of prosecution is warranted.  Plaintiffs were specifically ordered to file the Third Amended Complaint no later than January 24, 2022 and failed to do so.

Accordingly, the action is **DISMISSED** *without prejudice*.

This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58.  Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

IT IS SO ORDERED.